DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RVG DESIGN CORP.,

Appellant,

v.

ASHLEY WRIGHT and DEONDRICK ROYAL,

Appellees.

No. 2D2025-0536
———————————————

September 24, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Pinellas County; Susan Bedinghaus, Judge.

Gabriel Ray Strine of Strine Legal Services, PLLC, Odessa, for Appellant.

No appearance for Appellee.

PER CURIAM.

 Affirmed.

SILBERMAN, VILLANTI, and LaROSE, JJ., Concur.
———————————————

Opinion subject to revision prior to official publication.